**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>　　　　Plaintiff, )<br>vs. )<br>　　　　　　　　　　　　　　　)<br>Nathan Yazzie, )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　) | 09-04173MP-001-PCT-MEA<br>**ORDER** |

　　　　The defendant appeared in court and admitted to violating his conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

　　　　IT IS ORDERED reinstating the defendant on unsupervised probation for FIVE (5) YEARS from August 10, 2009.

　　　　IT IS FURTHER ORDERED that:

　　　　1. You shall not commit another federal, state, or local crime during the term of unsupervised probation

　　　　2. You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substance Act (21 U.S.C. §801) or any paraphernalia related to such substances, without prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of unsupervised probation.

1

2　　　　3. You shall be banned from the Grand Canyon National Parl for the term of
3　unsupervised probation.
4　　　　4. While you are placed on unsupervised probation you shall answer all inquiries by
5　the probation office in a truthful and thorough manner and follow all instructions of the
6　probation office.
7　　　　5. You shall not consume or possess any alcohol.
8　　　　　DATED this 8th day of July, 2010.

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　　United States Magistrate Judge